IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CRIST and MARY P. CRIST,** | : | **CIVIL ACTION NO. 1:05-CV-1119** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA MIDDLE DISTRICT,** | : | |
| **Defendant** | : | |

## **O R D E R**

AND NOW, this 3rd day of October, 2005, it appearing that a summons in this case has not been issued, plaintiffs are hereby ORDERED to pay the filing fee or to file an *in forma pauperis* application with the Clerk of the United States District Court for the Middle District of Pennsylvania on or before October 31, 2005. Failure to comply with this order could result in the dismissal of this case.

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge