**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM CRIST and MARY CRIST,** | : | **CIVIL ACTION NO. 1:05-CV-1119** |
| **Plaintiffs** | : | **(Judge Conner)** |
| **v.** | : | |
| **COMMONWEALTH OF PENNSYLVANIA MIDDLE DISTRICT,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 3rd day of November, 2005, upon consideration of the order of court dated October 3, 2005 (Doc. 3), directing plaintiffs to pay, on or before October 31, 2005, the statutory filing fee, see 28 U.S.C. § 1914 ("The clerk of each district court shall require the parties instituting any civil action . . . to pay a filing fee of $250 . . . ."), or to file with the court an application to proceed *in forma pauperis*, see; id. § 1915 ("[A]ny court of the United States may authorize the commencement [of an action] . . . without prepayment of fees or security thereof . . . ."), and it appearing that as of the date of this order plaintiffs have neither paid the filing fee nor filed an application to proceed *in forma pauperis*, it is hereby ORDERED that:

1. The above-captioned action is DISMISSED without prejudice. See 28 U.S.C. § 1914.

2. The Clerk of Court is directed to CLOSE this case.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge