## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM CRIST and MARY CRIST,** | : | **CIVIL ACTION NO. 1:05-CV-1119** |
| **Plaintiffs** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA MIDDLE** | : | |
| **DISTRICT,** | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 20th day of January, 2006, upon consideration of the order of court dated November 7, 2005 (Doc. 5), directing plaintiffs to effect service of the complaint and file proof thereof on or before November 25, 2005, see FED. R. CIV. P. 4(m) ("If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court . . . shall dismiss the action . . . [or] extend the time for service for an appropriate period."), and it appearing that as of the date of this order plaintiffs have not effected service upon defendants,[1] it is hereby ORDERED that:

1.    The above-captioned action is DISMISSED.  See FED. R. CIV. P. 4m.

2.    The Clerk of Court is directed to CLOSE this case.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1]  Documents filed by plaintiff reflect service of process—made more than one year before the filing of the instant action—in an unrelated case. (See Doc. 7.)